IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| SARAH PADILLA, ON BEHALF OF HERSELF AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED;<br><br>*Plaintiff,*<br><br>vs.<br><br>CB RESTAURANTS, INC., GLENN WILLIAMS, TERESA THOMPSON,<br><br>*Defendants.* | SA-19-CV-00970-FB |

## ORDER

Before the Court in the above-styled cause of action is the parties' Joint Motion to Stay and to Refer to Binding Arbitration [#28]. By their motion, the parties inform the Court that they have agreed to submit their case to binding arbitration before Greg Bourgeois and ask the Court to stay this case pending the outcome of the arbitration. The Court will grant the motion, dismiss the other pending motions in this case, and cancel the hearing scheduled for October 31, 2019 on Defendants' Motion to Compel Arbitration and the initial pretrial conference scheduled for November 20, 2019.

**IT IS HEREBY ORDERED** that the parties' Joint Motion to Stay and to Refer to Binding Arbitration [#28] is **GRANTED**.

**IT IS FURTHER ORDERED** that this case is **REFERRED** to binding arbitration before Greg Bourgeois.

**IT IS FURTHER ORDERED** that the hearing scheduled for October 31, 2019 at 10:00 a.m. is **CANCELED**.

1

**IT IS FURTHER ORDERED** that the initial pretrial conference scheduled for November 20, 2019 at 10:00 a.m. is **CANCELED**.

**IT IS FURTHER ORDERED** that Defendants' Motion to Compel Arbitration and to Dismiss, and Motion to Dismiss and Strike Plaintiff's Collective Action Claims [#10]; Plaintiff's Opposed Motion to Strike and Dismiss Defendants' Counterclaim Under Rule 12(b)(6) and Rule 12(b)(1) [#17]; and Plaintiff's Unopposed Motion for Continuance of Hearing on Defendants' Motion to Dismiss and Compel Arbitration [#27] are **DISMISSED AS MOOT**.

**IT IS FINALLY ORDERED** that this case is **STAYED** pending the outcome of the arbitration.

SIGNED this 29th day of October, 2019.

ELIZABETH S. ("BETSY") CHESTNEY
UNITED STATES MAGISTRATE JUDGE